IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

JESSE MICHAEL MCCORMACK

NO. 3:25-CR-546-O

## FACTUAL RESUME

In support of Jesse Michael McCormack's plea of guilty to the offense in Count Two of the indictment, McCormack, the defendant, Shery Kime-Goodwin, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count Two of the indictment, charging a violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1), that is, receipt of child pornography, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.* That the defendant knowingly received or distributed items of child pornography, as alleged in the indictment;

*Second.* That the items of child pornography had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer; and

*Third.* That when the defendant received the items, the defendant knew the items were child pornography.

[1] Fifth Circuit Pattern Jury Instruction 2.85D (5th Cir. 2024).

**STIPULATED FACTS**

1. Jesse Michael McCormack admits and agrees that, on or about August 17, 2025, in the Dallas Division of the Northern District of Texas, he did knowingly receive child pornography using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; that is, the defendant used the Internet and an Apple iPhone 13 Pro to receive, among others, the following visual depiction of Minor Female 2 ("MF2"), an infant, and Minor Female 3 ("MF3"), a prepubescent female, . engaging in sexually explicit conduct as defined by 18 U.S.C. § 2256(8)(A):

| File Hash Value | Description of File |
|---|---|
| 04753015562eff15ec6c91ea8b85d1a1 | 13.21-second video depicting MF2 lying on a neutral-colored surface, wearing a pink dress, with an adult erect male penis being inserted into MF2's vagina and being assisted by the male's hand. |
| e60e9386baee0401c7f821f0fdbe7298 | 13.51-second video depicting MF3 wearing red and black pajamas approaching an unknown aged minor male in a bed with Batman sheets and MF3 instructing the minor male to digitally penetrate MF3. The minor male appears to penetrate MF3's labia majora. The video appeared to be recorded by MF3. |

all in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1).

2. More specifically, law enforcement determined that the defendant was sending money via CashApp to pay minor victims for self-produced child sexual abuse material ("CSAM"). On or about September 5, 2025, law enforcement obtained a search

warrant for the defendant's cellular device and associated with the defendant's CashApp account. On or about September 10, 2025, law enforcement seized an Apple iPhone 13 Pro (IMEI: 352806845320682) from the defendant pursuant to this search warrant.

3. The iPhone Pro series, including the iPhone 13 Pro, is primarily manufactured in China, and distributed from there to other countries.

4. Forensic review of the defendant's iPhone 13 Pro revealed that, on or about August 17, 2025, while the defendant was located in the Dallas Division of the Northern District of Texas, the defendant knowingly downloaded—among other images—the following images from his online Google Photos account to his cellular device:

| File Hash Value | Description of File |
|---|---|
| 04753015562eff15ec6c91ea8b85d1a1 | 13.21-second video depicting MF2 lying on a neutral-colored surface, wearing a pink dress, with an adult erect male penis being inserted into MF2's vagina and being assisted by the male's hand. |
| e60e9386baee0401c7f821f0fdbe7298 | 13.51-second video depicting MF3 wearing red and black pajamas approaching an unknown aged minor male in a bed with Batman sheets and MF3 instructing the minor male to digitally penetrate MF3. The minor male appears to penetrate MF3's labia majora. The video appeared to be recorded by MF3. |

5. The above video files meet the federal definition of child pornography found in 18 U.S.C. § 2256(8). Furthermore, the defendant's use of the Google Photos application, including uploading and downloading digital files, requires use of the Internet, which is a means and facility of interstate and foreign commerce.

6. During the course of its investigation, law enforcement also seized an Apple iPhone 11 (IMEI: 352899113693351) belonging to the defendant pursuant to a search warrant. The Apple iPhone 11 also contained CSAM. Law enforcement discovered a Western Digital Hard Drive (Serial: WCC6Y0XEXUC5), an Apple iPhone SE (IMEI: 353847089193616), and an Apple iPhone 6 (IMEI: 359279064467050) in the ceiling of the defendant's place of employment, where the defendant hid the devices prior to fleeing the Northern District of Texas. Law enforcement seized, pursuant to a search warrant, a Cyber Power PC (Model: CS450202MB492371) from the apartment in Wyoming where the defendant was found and arrested. Law enforcement seized a TCL phone (IMEI: 016500006865738) from the person of the defendant incident to his arrest.

7. The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count Two of the indictment.

AGREED TO AND STIPULATED on this 14th day of January, 2026.

RYAN RAYBOULD
UNITED STATES ATTORNEY

JESSE MICHAEL MCCORMACK
Defendant

MADELEINE S. CASE
Assistant United States Attorney
Texas Bar No. 24125166
1100 Commerce St., Suite 300
Dallas, Texas 75242
Tel: 214-659-8600
Fax: 214-659-8805
Madeleine.Case@usdoj.gov

SHERY KIME-GOODWIN
Attorney for Defendant